

**FILED**
APR 15 2008

# UNITED STATES DISTRICT COURT

## DISTRICT OF SOUTH DAKOTA

### CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | CR. 08-30009 |
| Plaintiff, | * | |
| -vs- | * | ORDER AUTHORIZING SUPPLEMENTATION OF RECORD |
| ROBERT L. ERICKSON, | * | |
| Defendant. | * | |

Plaintiff, United States of America, having filed a Motion to Supplement the Record, or in the alternative, to reopen the evidentiary hearing, Docket No. 37, and Defendant, Robert L. Erickson, having filed a letter objecting to the Motion, Docket No. 39, or in the alternative, requesting that the record be supplemented to include a letter from Priscilla A. Wilfahrt to Jerry L. Jaeger, dated June 19, 1991, and the Court having considered the matter and believing that the record should be supplemented, now, good cause appearing, it is hereby

ORDERED that Defendant's objection to Plaintiff's Motion shall be and is overruled. It is further

ORDERED that Plaintiff's Motion and Defendant's alternative Motion to supplement the record shall be and are granted. The record shall be supplemented to include Rosebud Sioux Tribal Resolution No. 05-234 and the Deputation Agreement entered into pursuant to the Resolution and shall include the letter from Ms. Wilfahrt to Mr. Jaeger, dated June 19, 1991, referred to above.

Dated this 15th day of April, 2008, at Pierre, South Dakota.

**BY THE COURT:**

*[Signature]*

_____
**MARK A. MORENO
UNITED STATES MAGISTRATE JUDGE**

ATTEST:
JOSEPH HAAS, CLERK
BY: *[Signature]*
    Deputy
(SEAL)